# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF IOWA

PNC BANK, NATIONAL ASSOCIATION,

    Plaintiff(s),

v.

CARING DERMATOLOGY CENTER, P.C.,

    Defendant(s),

CIVIL NUMBER: 3:23-cv-00087-SHL-HCA

**JUDGMENT IN A CIVIL CASE**

☐ **JURY VERDICT.** This action came before the Court for trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **DECISION BY COURT.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**:

Petitioner's Motion to Confirm Arbitration Award is granted. Judgment entered in favor of Petitioner and against Respondent in the amount of $700,180.80 plus post-award interest at the rate of $107.33 per diem for the Convertible Line of Credit and $35.14 per diem for the Small Business Line of Credit.

Date: May 20, 2024

CLERK, U.S. DISTRICT COURT

/s/ M. Mast

By: Deputy Clerk